**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01613-CV

### IN THE INTEREST OF D.T.K., A MINOR CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-12791**

## ORDER

We **GRANT** court reporter Donna Kindle's November 19, 2013 motion for extension of

time to file the supplemental reporter's record and **ORDER** the record be filed by December 23,

2013.  No further extensions will be granted absent exigent circumstances.

<table>
<tr><td>/s/</td><td>ELIZABETH LANG-MIERS</td></tr>
<tr><td></td><td>JUSTICE</td></tr>
</table>